JS-6

1  Theodora R. Lee, Bar No. 129892
   tlee@littler.com
2  Renee C. Feldman, Bar No. 253877
   rfeldman@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard
   Suite 600
5  Walnut Creek, California  94597
   Telephone:    925.932.2468
6  Fax No.:       925.946.9809

7  Attorneys for Defendant
   AMAZON.COM SERVICES LLC
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | TOSAN BOB OKOTIE, | Case No. 5:22−cv−01299 FMO (Ex) |
|---|---|---|
| 13 | Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| 14 | v. | |
| 15 | AMAZON.COM SERVICES LLC; and DOES 1 through 20, inclusive, | |
| 16 | | |
| 17 | Defendants. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

ORDER OF DISMISSAL WITH PREJUDICE
OF ENTIRE ACTION

Pursuant to the Stipulation of the parties, this action is hereby DISMISSED WITH PREJUDICE in its entirety, as to all claims and all defendants, with each party to bear his or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: March 5, 2023

/s/
_____
HONORABLE FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2

ORDER OF DISMISSAL WITH PREJUDICE
OF ENTIRE ACTION